IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                              CASE NO. 08-CV-1047

HAROLD GRADY MANN, JR. AND
JENNIE MANN, Individually and as
Partners of KERSTEN FARMS, INC.;
REGIONS FINANCIAL CORPORATION,
dba REGIONS BANK; IBERIA BANK,
fka AMERICAN HORIZONS BANK;
AND AGRIBANK, FCB, As Assignee of
American Express Centurion Bank and
Delta Production Credit Association                                         DEFENDANTS

## ORDER OF DISMISSAL

Before the Court is Plaintiff United States of America's Motion to Dismiss.  (Doc. No. 12).  In the motion, Plaintiff states that the pending action has been settled as to all parties and requests that the action be dismissed.  Upon consideration, the Court finds that the motion should be and hereby is **granted**.  Accordingly, the above styled and numbered cause of action is hereby dismissed with prejudice.

IT IS SO ORDERED, this 8th day of October, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge